IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARISSA MEREDITH, :
    Plaintiff,
    v. : Case No. 3:19-cv-111
ROYAL ASSET MANAGEMENT, : JUDGE WALTER H. RICE
    Defendant. :

---

ORDER DIRECTING PLAINTIFF TO MOVE FOR ENTRY OF DEFAULT
OR FACE DISMISSAL FOR WANT OF PROSECUTION

---

The docket shows that Defendant was served with a copy of the Summons and Complaint on April 22, 2019. Nevertheless, Defendant has not yet filed an Answer or other responsive pleading and Plaintiff has not filed a motion for entry of default. Accordingly, unless Plaintiff, within 10 calendar days of the date of this Order, files a motion for entry of default (or submits a valid reason for not doing so), the Court will dismiss the above-captioned action without prejudice for want of prosecution.

Date: November 12, 2019

                                                WALTER H. RICE
                                                UNITED STATES DISTRICT JUDGE