IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARISSA MEREDITH, :
    Plaintiff,
                                       Case No. 3:19-CV-111
v. :
                                       JUDGE WALTER H. RICE
ROYAL ASSET MANAGEMENT,
    Defendant. :

---

DECISION AND ENTRY OVERRULING WITHOUT PREJUDICE
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DOC. #7);
MOTION FOR ENTRY OF DEFAULT TO BE FILED
WITHIN 10 CALENDAR DAYS

---

On November 12, 2019, the Court ordered Plaintiff, within 10 calendar days, to either move for an entry of default or submit a valid reason for not doing so. The Court indicated that failure to comply with the Order would result in dismissal without prejudice for want of prosecution. Doc. #6.

On November 22, 2019, Plaintiff filed a Motion for Default Judgment, Doc. #7. Under the Federal Rules of Civil Procedure, a plaintiff must first file a Motion for Entry of Default. Fed. R. Civ. P. 55(a). After the Clerk enters default, the plaintiff may file a Motion for Default Judgment. Fed. R. Civ. P. 55(b). Given that Plaintiff has not yet moved for an Entry of Default, the Court OVERRULES her Motion for Default Judgment, Doc. #7, WITHOUT PREJUDICE to refiling.

Plaintiff is given leave to file a Motion for Entry of Default within 10 calendar days of the date of this Order. Failure to file such a motion will result in the above-captioned action being dismissed without prejudice for want of prosecution.

Date: November 22, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE