IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARISSA MEREDITH,

    Plaintiff,

v.

ROYAL ASSET MANAGEMENT, INC.,

    Defendant.

:
:
:
:
:

Case No. 3:19-cv-111

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DOC. #11); JUDGMENT TO ENTER IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT IN THE AMOUNT OF $10,500.00; COUNSEL TO FILE ITEMIZED MOTION FOR ATTORNEY'S FEES AND COSTS WITHIN 14 CALENDAR DAYS

---

Pursuant to Fed. R. Civ. P. 55(b), the Court SUSTAINS Plaintiff's Motion for Default Judgment against Royal Asset Management, Doc. #11. Having reviewed all relevant materials, the Court finds that Defendant is in default and that Plaintiff is entitled to Judgment in the amount of $1,000.00 in compensatory damages under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k (a)(2)(A), plus $9,500.00 in compensatory damages under the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(3)(B). Judgment shall be entered in favor of Plaintiff and against Defendant.

Plaintiff has also requested attorney fees and costs in the amount of $12,457.75. In the Court's view, this seems somewhat excessive given the

unopposed nature of this action. Within 14 calendar days of the date of this Decision and Entry, Plaintiff's counsel shall file an itemized Motion for Attorney's Fees and Costs and mail a copy of that motion to Defendant.

Date: January 3, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE