# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Marissa Meredith )<br>*Plaintiff* )<br>v. )<br>Royal Asset Management, Inc. )<br>*Defendant* ) | Civil Action No. 3:19-CV-111 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Judgment in favor of Plaintiff and against Defendant in the amount of $10,500.00 .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Walter H. Rice   on a motion for Default Judgment .

Date:   1/6/2020

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk