IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARISSA MEREDITH,

    Plaintiff,

v.

ROYAL ASSET MANAGEMENT, INC.,

    Defendant.

Case No. 3:19-cv-111

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT PLAINTIFF'S AMENDED MOTION FOR DEFAULT JUDGMENT AGAINST ROYAL ASSET MANAGEMENT, INC. (DOC. #15)

---

On January 6, 2020, the Court sustained Plaintiff's Motion for Default Judgment against Royal Asset Management, Inc., Doc. #12, and entered Judgment in favor of Plaintiff Marissa Meredith in the amount of $10,500.00, Doc. #12. Plaintiff's counsel was directed to file an itemized Motion for Attorney's Fees and Costs within 14 days. He sought and was granted an extension of time. Doc. #14.

However, rather than filing the Motion for Attorney's Fees as directed, Plaintiff has now filed an Amended Motion for Default Judgment Against Royal Asset Management, Inc., Doc. #15. Given that the Amended Motion seeks exactly the same relief already awarded by the Court on January 6, 2020, Doc. #12, that Amended Motion, Doc. #15, is OVERRULED AS MOOT.

The captioned case shall remain terminated on the Court's docket.

Date: February 10, 2020

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE